IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 08-04022-01-CR-C-NKL |
| ROBERT GLENN DENNICK, ) | |
| ) | |
| Defendant. ) | |

**ACCEPTANCE OF PLEA OF GUILTY**
**AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of United States Magistrate Judge William Knox, to which no objection has been filed, the plea of guilty to Counts 1, 3, 5 and the forfeiture count are now accepted. Defendant is adjudged guilty of such offenses. Sentencing will be set by subsequent order of the court.

                                           s/ NANETTE K. LAUGHREY
                                           NANETTE K. LAUGHREY
                                           United States District Judge

Kansas City, Missouri
August 14, 2008